FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

5:26 mj-00346

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| JAVIEL GARCIA | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)    ( )    the appearance of defendant as required; and/or

(B)    (✓)    the safety of any person or the community.

//

//

The court concludes:

A.    (✓)    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

• HISTORY OF OFFENSES WHILE ON SUPERVISED RELEASE

• NATURE OF CURRENT ALLEGATIONS (CRIM. CONDUCT)

• ACTIVE RESTRAINING ORDER

(B)    ( )    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

        IT IS ORDERED that defendant be detained.

DATED: 5/19/26

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2